PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Mike MUNIZ |
| **Docket Number:** | 1:02CR05367-013 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 12-08-03 |
| **Original Offense:** | 18 USC 4 - Misprision of a Felony<br>(CLASS E FELONY) |
| **Original Sentence:** | 21 mos. BOP; 1 year TSR; $100 special assessment; $5,000 fine; mandatory testing |
| **Special Conditions:** | Warrantless search; drug aftercare; no cell phone or pager without probation officer's permission; drug aftercare co-payment; and, to provide personal phone records |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 07-29-05 |
| **Assistant U.S. Attorney:** | Virna L. Santos    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Roger K. Litman    **Telephone:** (559) 237-6000 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12A1.MRG

**RE:    Mike MUNIZ**
       **Docket Number:   1:02CR05367-013**
       <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.    OTHER - OUTSTANDING FINE BALANCE**

**Details of alleged non-compliance:**  On December 8, 2003, the defendant was ordered to pay a fine in the amount of $5,000.  During the defendant's term of supervised release, payments were set at $25 per month and the defendant currently has an outstanding fine balance of $4,225.

**United States Probation Officer Plan/Justification:**  The defendant has complied with all terms and conditions of his supervised release including the above mentioned fine payment plan.  The defendant's term of supervised release is due to terminate on July 28, 2006, after service of one year which was the statutory maximum.  Mr. Muniz is the sole source of income for his family of three, earning approximately $1,500 per month through his employment as a concrete finisher.  During the term of supervision, he paid based on his ability.  Furthermore, this officer has contacted the U. S. Attorney's Office, Financial Litigation Unit, who indicated they would continue to attempt to collect the fine monies.  It is therefore recommended no action be taken in this matter at this time and the defendant's term of supervised release be allowed to expire on July 28, 2006.

**RE:   Mike MUNIZ**
      Docket Number:   1:02CR05367-013
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**   May 4, 2006
            Bakersfield, California
            FE:dk

**REVIEWED BY:**        /s/ Rick C. Louviere
                **RICK C. LOUVIERE**
                **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

IT IS SO ORDERED.

**Dated:   May 7, 2006**                    /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE